HANNAH MORIARTA, Appellant, *v.* WILLIAM S. McREA et al., Respondents.

(Argued June 3, 1890; decided June 17, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 23, 1887, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Jesse Stiles* for appellant.

*P. C. Ford* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE ROCHESTER PRINTING COMPANY, Appellant *v.* LESLIE C. LOOMIS et al., Respondents.

(Argued June 4, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*John Van Voorhis* for appellant.

*James C. Smith* for respondents.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

EMMA J. RAUB, Appellant, *v.* THE NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Argued June 5, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an